

**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 19 2007

LORETTA G. WHYTE
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 18, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 06-30168  House v. Amer Untd Life Ins
    USDC No. 2:02-CV-1342

The mandate issued in this case on October 12, 2007, is hereby recalled, as it was issued in error. Appellees-Cross-Appellant timely filed a motion to stay the mandate, which is presently pending.

The district court clerk is directed to return the mandate package to this office immediately.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
        Allison Lopez, Deputy Clerk
        504-310-7702

Mr Don S McKinney
Mr Felix R Weill
Ms Loretta Whyte, Clerk

MOT-2

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____