UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALTER RICHARD HOUSE, JR.,**<br>     Plaintiff, | CIVIL ACTION NO. 02-1342 |
| versus | SECTION N, DISTRICT JUDGE KURT D. ENGELHARDT |
| **AMERICAN UNITED LIFE INSURANCE COMPANY,**<br>     Defendant | MAG. DIV. 3, MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss filed by Walter Richard House, Jr., and American United Life Insurance Company,

**IT IS ORDERED** that this suit be dismissed, with prejudice, each party to bear his or its own costs.

New Orleans, Louisiana, this 2nd day of July 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**